UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BACILIO GARCIA PONCE (7),<br><br>　　　　　　Defendant. | Case No. 00CR1210-LAB<br><br>ORDER OF DISMISSAL OF INDICTMENT; WITHDRAWAL ARREST WARRANT; AND JUDGMENT |

　　　Upon application of the United States Attorney, and good cause appearing therefrom,

　　　IT IS HEREBY ORDERED that the indictment in the above-captioned case against defendant BACILIO GARCIA PONCE (7), is dismissed without prejudice; and,

　　　IT IS FURTHER ORDERED that the arrest warrant for BACILIO GARCIA PONCE (7), be recalled and judgment entered.

DATED: June 26, 2012

_/s/ Larry A. Burns_

**HONORABLE LARRY ALAN BURNS**
United States District Judge